UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Jeff Stark and Nick Nowak as Trustees of the District Council No. 82 Health Care Fund, et al,

    Plaintiffs,

vs.

Frida Drywall Systems L. L. C. and Karla S. Arceo, individually,

    Defendants.

_____

Civil File No.: 23-cv-00561-JWB-ECW

**NOTICE OF DISMISSAL**

To:    Clerk of Court, United States District Court, District of Minnesota.

**TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: March 20, 2023

MCGRANN SHEA CARNIVAL STRAUGHN & LAMB, CHARTERED

By:   *s/Amy L. Court*
    Amy L. Court (Atty. No. 319004)
    Christy E. Lawrie (Atty. No. 388832)
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525
alc@mcgrannshea.com
cel@mcgrannshea.com

*Attorney for Plaintiffs*

1457311.DOCX